1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL KROEGER,

Plaintiff,

v.

NANCY A. BERRYHILL,

Defendant.

Case No.18-cv-00389-DMR

**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

(X)    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED.

(X)    The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

(  )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $400.00 be paid no later than.  Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

(  )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:

(  )    Filing fee waived in part: partial payment of $ due on, remaining balance to be

waived.

( )     Partial payment of $ due on, remaining balance due and payable on.

( )     Partial payment of $ due on, remaining balance due in installments as follows:  .

Failure to pay this amount will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

Dated:  February 21, 2018

_____
DONNA M. RYU
United States Magistrate Judge

(Not to be used in PRISONER OR HABEAS CORPUS cases)  NDC CSA-7

United States District Court
Northern District of California

2