UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL KROEGER,

        Plaintiff,

      v.

NANCY A. BERRYHILL,

        Defendant.

Case No. 18-cv-00389-SI

**ORDER TO SUPPLEMENT
ADMINISTRATIVE RECORD**

In this case, plaintiff Michael Kroeger is appealing the January 19, 2017 decision issued by an administrative law judge ("ALJ") within the Social Security Administration. It has come to the Court's attention that the administrative record defendant filed is incomplete. Specifically, the record on file with the Court (both the electronic copies filed on the Court's Electronic Case Filing system, at Docket No. 19, and the paper copy on file with the Clerk's office) is missing page 1384 of the administrative record. Given that page 1383 is "Page 30 of 31" of the ALJ's decision, page 1384 apparently represents the final page of the ALJ decision that plaintiff is appealing. Clearly, this page is critical to the record.

The Court therefore ORDERS defendant to supplement the administrative record by filing page 1384 (and any other pages defendant may realize are missing) **no later than August 21, 2019.**

**IT IS SO ORDERED**.

Dated: August 16, 2019

SUSAN ILLSTON
United States District Judge